# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ENRIQUEZ, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>ROCHE-BOBOIS U.S.A., LTD.,<br>et al.,<br>    Defendants. | CV 18-2389 DSF (KSx)<br><br>Order GRANTING Motion to Remand |

    This case was removed from state court based on federal question jurisdiction. The sole federal law claim has been dismissed. Plaintiff now moves the Court to decline supplemental jurisdiction and remand the case. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for January 28, 2019 is removed from the Court's calendar.

    The Court sees no reason to retain jurisdiction over this case. The Court has ruled on no motions. A scheduling order was entered, but trial is not scheduled until October 29. The parties dispute how much substantive discovery there has been, but even if relevant discovery has taken place, there is no apparent reason that discovery could not be used after remand.

The motion to remand is GRANTED. The case is REMANDED to the Superior Court of California, County of Los Angeles.


IT IS SO ORDERED.


Date: January 17, 2019

Dale S. Fischer
United States District Judge